

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL LEE ANDREWS TRUST, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:02CV1076-N |
| PETER LICARI, FREDERICK H. EHMANN, STEVE FISHMAN, ETHAN LEDER, AND MICHAEL D'ARCANGELO, | § § § § § | |
| Defendants. | § § § | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PLAINTIFFS' CLAIMS

Pursuant to the Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendant Ethan Leder, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims asserted by all Plaintiffs in this action against Defendant Ethan Leder. All Plaintiffs further waive any right to appeal from or seek to vacate or reverse the Court's Memorandum Opinion and Order dated March 17, 2004.

Pursuant to the Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendants Peter Licari, Michael D'Arcangelo, and Complete Care Services, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims asserted by all Plaintiffs in this action against Defendants Licari, D'Arcangelo, and Complete Care Services, Inc.

As between the Plaintiffs and Defendants Leder, Licari, D'Arcangelo, and Complete Care Services, Inc., each party shall bear his, her, or its own attorneys' fees and costs incurred herein.

Respectfully submitted, this 25 day of May, 2005.

REYNA HINDS & CRANDALL

By: _Jeanne Crandall_
Jeanne Crandall
State Bar No. 05005700

1201 Elm Street, Suite 3850
Dallas, Texas 75270
Telephone: (214) 760-8100
Telecopy: (214) 760-8109

**ATTORNEYS FOR PLAINTIFFS**

**SOPUCH ARNETT HIGGINS & GAUBERT, LLP**

By: _____
J. Robert Arnett II
State Bar No. 01332900
Jamil N. Alibhai
State Bar No. 00793248

4650 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 760-0900
Telecopy: (214) 760-0905

QUARLES & BRADY STREICH LANG LLP
John J. Dawson
John A. Harris
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Telecopy:  (602) 229-5690

**ATTORNEYS FOR DEFENDANT LEDER**


**NICKENS, KEETON, LAWLESS, FARRELL & FLACK, LLP**

By: _/s/ Thomas M. Farrell_
Thomas M. Farrell
State Bar No. 06839250

600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone: (713) 571-9191
Telecopy:  (713) 571-9652

**ATTORNEYS FOR DEFENDANTS LICARI, D'ARCANGELO, AND COMPLETE CARE SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be duly served upon counsel for Plaintiffs, Jeanne Crandall, Reyna, Hinds & Crandall, 1201 Elm Street, Suite 3850, Dallas, Texas 75270, and counsel for Defendants Peter Licari, Michael D'Arcangelo, and Complete Care Services, Inc., Thomas M. Farrell, 600 Travis, Suite 7500, Houston, Texas, 77002, and counsel for Defendants Frederick H. Ehmann and Steve Fishman, Ronald E. Cook, 1111 Bagby Street, Houston, Texas, 77002, by first class mail, on May 25, 2005.

_____
J. Robert Arnett II