# CASE CLOSED

**CASE NUMBER:**     <u>3:02-CV-1076-N</u>

**DATE:**     <u>5-31-05</u>

**TRIAL HELD:**     <u>NO</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL LEE ANDREWS TRUST, et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CASE NO. 3:02CV1076-N |
| PETER LICARI, FREDERICK H. EHMANN, STEVE FISHMAN, ETHAN LEDER, AND MICHAEL D'ARCANGELO, | § § § § § § | |
| Defendants. | § § | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 3 1 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy**

## AGREED ORDER DISMISSING ALL PLAINTIFFS' CLAIMS WITH PREJUDICE

The Stipulation for Dismissal of All Plaintiffs' Claims with Prejudice came before the Court for consideration, and the Court is of the opinion that the relief sought in such stipulation should be granted.  IT IS, THEREFORE,

ORDERED, ADJUDGED, AND DECREED that all claims asserted by all Plaintiffs in this action against Defendants Ethan Leder, Peter Licari, Michael D'Arcangelo, and Complete Care Services, Inc., are dismissed with prejudice, each party as between Plaintiffs and said Defendants to bear his, her, or its own attorneys' fees and costs.  No parties or claims remain in this action, and this is a final order.

SIGNED 31 day of _May_____, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**AGREED ORDER DISMISSING ALL PLAINTIFFS' CLAIMS WITH PREJUDICE**          **Page 1**

NICKENS, KEETON, LAWLESS, FARRELL &
FLACK, LLP

By: _____
Thomas M. Farrell
State Bar No. 06839250
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone: (713) 571-9191
Telecopy: (713) 571-9652

**ATTORNEYS FOR DEFENDANTS LICARI, D'ARCANGELO,
AND COMPLETE CARE SERVICES, INC.**